UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ZIEGLER, ZIEGLER & ASSOCIATES LLP,

                        Plaintiff,

      -against-

SUPERNET, INC.,

                        Defendant.
------------------------------------------------------------------X

**ORDER**

**22-CV-4268 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on July 28, 2022 for settlement. Dkt. No. 13. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **August 4, 2022**. Proposed dates should be in the first two weeks of September.

      SO ORDERED.

DATED:    New York, New York
              July 28, 2022

                                                      *Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge