```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ZIEGLER, ZIEGLER & ASSOCIATES LLP ,      :    22cv4268(DLC)
                                         :
                          Plaintiff,     :    ORDER
            -v-                          :
                                         :
SUPERNET, INC.                           :
                                         :
                          Defendant.     :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 24, 2022, the defendant removed the case this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket.  Pursuant to this Court's Individual Rules, it is hereby

ORDERED that the defendant shall, by **August 30, 2022**, file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists.  Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

    SO ORDERED:

Dated:    New York, New York
           August 17, 2022

                                     DENISE COTE
                          United States District Judge